UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Music City Metals Co., Inc., *Plaintiff*, vs. Jingchang Cai d/b/a Xincheng Company, *et al.* *Defendants*. | Civil Action No. 3:17-cv-00766 Judge Aleta A. Trauger Magistrate Judge Chip Frensley |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Music City Metals Co., Inc. and Defendants Bloom International, Inc.; Chugang Guan; Feng Bai; Guangzhou Hongshuo Trading Co., Ltd.; HiPacking, Inc.; Hyco International Trading Company LP; Jolyn Junyao Liu; and Shenzhen Hai Pai International Warehousing Services Limited hereby stipulate to the dismissal with prejudice of all claims in this action against one another. Each party agrees to bear his/her/its own costs and fees.

Respectfully submitted on this 26th day of September 2018.

1

s/Todd R. Hambidge
Todd R. Hambidge (TN BPR No. 028671)
John-David H. Thomas (TN BPR No. 027582)
Joseph L. Watson (TN BPR No. 030397)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
Todd.Hambidge@wallerlaw.com
JD.Thomas@wallerlaw.com
Joe.Watson@wallerlaw.com

*Attorneys for Plaintiff Music City Metals Co., Inc.*


s/Christopher W. Cardwell, *with permission*
Mary Taylor Gallagher (TN BPR No. 21482)
Christopher W. Cardwell (TN BPR No. 19751)
Marshall Thomas McFarland (TN BPR No. 33432)
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
mtgallagher@gsrm.com
ccardwell@gsrm.com
tmcfarland@gsrm.com

Coby S. Nixon (*pro hac vice*)
Seth K. Trimble (*pro hac vice*)
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
(770) 434-6868
cnixon@taylorenglish.com
strimble@taylorenglish.com

*Attorneys for Defendants*
*Bloom International, Inc.; Chugang Guan;*
*Feng Bai; Guangzhou Hongshuo Trading Co., Ltd.;*
*HiPacking, Inc.; Hyco International Trading*
*Company LP; Jia Ning Liu; Jolyn Junyao Liu; and*
*Shenzhen Hai Pai International Warehousing*
*Services Limited*

4844-3650-9040

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed with the Court on September 26, 2018, via the Court's ECF filing system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated below. Parties may access the filing through the electronic filing system.

| | |
|---|---|
| J. Randolph Bibb, Jr.<br>Michael D. Lewis<br>Ryan N. Clark<br>Lewis, Thomason, King, Krieg & Waldrop, P.C.<br>424 Church Street, Suite 2500<br>Nashville, TN 37219<br>rbibb@lewisthomason.com<br>mlewis@lewisthomason.com<br>rclark@lewisthomason.com | Mary Taylor Gallagher<br>Christopher W. Cardwell<br>Marshall Thomas McFarland<br>Gullett Sanford Robinson & Martin, PLLC<br>150 Third Avenue South, Suite 1700<br>Nashville, TN 37201<br>mtgallagher@gsrm.com<br>ccardwell@gsrm.com<br>tmcfarland@gsrm.com |
| Trang Q. Tran<br>The Tran Law Firm, LLP<br>3050 Post Oak Blvd., Suite 1720<br>Houston, TX 77056<br>ttran@tranlawllp.com | Coby S. Nixon (*pro hac vice*)<br>Seth K. Trimble (*pro hac vice*)<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, GA 30339<br>cnixon@taylorenglish.com<br>strimble@taylorenglish.com |
| Barry Neil Shrum<br>144 Second Avenue North, Suite 157<br>Nashville, TN 37201<br>barry@musicattorney.biz | |
| | s/Todd R. Hambidge |